### FISHER vs. TAYLOR & HOOD.

*Evidence disproving the debt, in order to release goods attached, is inadmissible.*

THE defendants' property was attached, and *Depeyster* moved to be allowed to shew that the debt was not due, in order to have the goods released.

*By the Court.* This cannot be done. The defendant must answer: and the court cannot go into the merits of the case until issue be properly joined.

MOTION OVERRULED.